■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH BAUDO, Appellant. — Judgment, Supreme Court, New York County (Dennis Edwards, Jr., J.), rendered on September 16, 1982, unanimously affirmed. The case is

remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Carro, Silverman, Lynch and Alexander, JJ.